UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENE G. GARZA,

    Plaintiff,

v.          Case No. 10-10128

FARMER & UNDERWOOD TRUCKING, LTD,
et al.,

    Defendants.
                             /

## ORDER OF DISMISSAL

In accordance with the terms of the parties' settlement and the court's "Opinion and Order Granting Defendant's 'Motion . . . to Enforce the Settlement Agreement and Dismiss the Case,'"

IT IS ORDERED that this case is hereby dismissed.[1]

          S/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: May 4, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 4, 2010, by electronic and/or ordinary mail.

          S/Lisa G. Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522.

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.